# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00426-CV

---

### In re Anna Nyulund

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied in part. *See* Tex. R. App. P. 52.8(a). To the extent that relator seeks issuance of a writ of mandamus for matters not currently before us and/or against the Travis County District Clerk, a justice of the peace, and Frost Bank, we dismiss the petition for want of jurisdiction. *See* Tex. Gov't Code § 22.221(b); *Gregory v. Stetson*, 133 U.S. 579, 586 (1890) ("It is an elementary principle that a court cannot adjudicate directly upon a person's right without having him either actually or constructively before it. This principle is fundamental."). Relator's request for emergency relief is dismissed as moot.

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed: May 8, 2026